UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARRY R. STUDENT )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICER JOHN DOE, et al., )<br>)<br>Defendants. ) | No. 06-cv-0097 ESH |

**DECLARATION OF SERVICE OF PROCESS**

I, Jessica Langley, hereby depose and state:

5. I am over 18 years of age and am not a party to the above captioned action.

6. I made service of process upon the defendants in the above-captioned action as follows:

   (a) Upon the Mayor of the District of Columbia, by hand-delivering a copy to his agent, Ms. Gladys Herring, Executive Staff Assistant at the Office of the Secretary of the Mayor at 1350 Pennsylvania Avenue, N.W., Washington, D.C., on January 25, 2006.

   (b) Upon the Attorney General for the District of Columbia, by hand-delivering a copy to his agent, Ms. Gale Rivers, Staff Assistant at the Office of the Attorney General for the District of Columbia at 441 4th Street, N.W., Washington, D.C. on January 25, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of January, 2006.

_____
Jessica Langley