UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARRY R. STUDENT, | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-0097 (ESH) ) |
| OFFICER JOHN DOE, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), Defendants (collectively, "the District") hereby move this Honorable Court to enlarge the time for their response to the Complaint in this matter. Defendants' Memorandum of Points and Authorities in support hereof is attached hereto and incorporated by reference herein. A proposed Order also is attached hereto.

Pursuant to LCvR 7.1(m), undersigned counsel discussed the subject motion with plaintiff's counsel, who consented to the relief requested herein.

WHEREFORE, the District respectfully requests that this Honorable Court:

A. Grant the Defendants' Consent Motion for Enlargement of Time to Respond to the Complaint, and

B. Grant the District such other and further relief as the nature of its cause may require.

DATE: February 6, 2006         Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General, D.C.

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

      /s/ Richard S. Love
RICHARD S. LOVE, D.C. Bar No. 340455
Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431


      /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431
ellen.efros@dc.gov


      /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARRY R. STUDENT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0097 (ESH) |
| OFFICER JOHN DOE, *et al.*, | ) |
| Defendants. | ) |

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF
THE DISTRICT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO THE COMPLAINT

Defendants Officer John Doe and the District of Columbia (collectively, "the District"), by and through undersigned counsel, respectfully submit this Memorandum of Points and Authorities in Support of their Consent Motion for Enlargement of Time to Respond to the Complaint, pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b). In support of the instant consent motion, the District states as follows:

1. The Complaint was filed in this matter on January 19, 2006, and service was effected on defendant on or about January 25, 2006, contemporaneously with the filing and service of *Carr v. District of Columbia*, No. 06-0098 (ESH), a proposed class action. Both complaints were filed by the same counsel (or co-counsel), and allege similar facts.

2. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), the District's response to the Complaint is due on or before February 14, 2006.

3. Fed. R. Civ. P. 6(b)(1) permits an enlargement of time, such as that requested herein, "if request therefor is made before the expiration of the period originally prescribed . . ." for cause shown.

4. For its good cause shown, the District states that the Complaint encompasses a number of complex legal arguments and factual assertions. The District believes that additional time will be necessary to review the Complaint and conduct a thorough factual and legal investigation of the allegations contained therein.

5. This enlargement is not sought for any improper purpose, but to complete an appropriate submission for consideration by this Court. Moreover, plaintiffs' counsel has consented to the relief requested herein.

6. Based on the above, the District respectfully requests that this Honorable Court enter an order pursuant to Fed. R. Civ. P. 6(b)(1), to enlarge the time for the District to file its response to the Complaint to March 6, 2006.

DATE: February 6, 2006             Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General, D.C.

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

    /s/ Richard S. Love
RICHARD S. LOVE, D.C. Bar No. 340455
Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431

        /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431
ellen.efros@dc.gov


        /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov