UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARRY R. STUDENT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0097 (ESH) |
| ) | |
| OFFICER JOHN DOE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of the Defendants' Consent Motion For Enlargement Of Time To Respond To The Complaint, the Memorandum of Points and Authorities in Support thereof, Plaintiff's consent thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that the Defendants' Consent Motion For Enlargement Of Time To Respond To The Complaint be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that the Defendants' response to the Complaint shall be filed on or before March 6, 2006.

SO ORDERED.


DATE: _____          _____
                                     ELLEN S. HUVELLE
                                     United States District Judge