UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARRY R. STUDENT<br><br>            Plaintiff,<br><br>   v.<br><br>OFFICER JOHN DOE<br>   and<br>DISTRICT OF COLUMBIA<br><br>            Defendants. | No. 06-cv-0097 (ESH) |

**[PROPOSED] SCHEDULING ORDER**

Upon consideration of the report filed by the plaintiff and the District of Columbia pursuant to Local Civil Rule 16.3(d), it is hereby ORDERED:

1. Counsel for the plaintiff and for the District of Columbia shall continue to work cooperatively toward identifying the John Doe defendant. Plaintiff shall file an amended complaint naming the additional defendant promptly upon ascertaining his identity. If an amended complaint has not been filed within 60 days, plaintiff shall file a status report regarding his efforts to identify defendant Doe.

2. The parties shall not be required to make initial disclosures under Rule 26(a)(1).

3. Fact discovery in this case shall begin upon the filing of this order.

4. Fed. R. Civ. P. 33 shall govern the number of interrogatories that may be propounded, Fed. R. Civ. P. 30 shall govern the number of depositions that may be

DRAFT                                                                                                                    DRAFT

taken, and document requests shall be limited to 20, all absent good cause shown for additional discovery.

    5.  Fact discovery shall conclude six months after defendant John Doe files an answer to an amended complaint naming him.

    6.  If the plaintiff determines to use an expert witness, that expert's report shall be filed within 60 days after the close of fact discovery.  If defendants then determine to use an expert witness, that expert's report will be due 60 days after service of plaintiff's expert report, and shall be limited to the same subjects or topics as the plaintiff's report. Depositions of expert witnesses may be taken any time between the filing of plaintiff's expert report and 45 days after the filing of the defendant's expert report.

    7.  The parties shall confer at the close of discovery and shall file a status report indicating whether any motion(s) for summary judgment or partial summary judgment will be filed and, if so, proposing a schedule for such motions.  If no motion(s) for summary judgment or partial summary judgment are to be filed, the parties shall contact the Courtroom Deputy Clerk for the purpose of scheduling a status conference.

Dated: April _____, 2006

                                                      _____
                                                      Ellen S. Huvelle
                                                      United States District Judge