UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARRY R. STUDENT,

    Plaintiff,

v.

OFFICER JOHN DOE, *et al.*,

    Defendants.

No. 06-cv-0097 (ESH)

**CONSENT MOTION FOR EXTENSION OF DISCOVERY DEADLINES**

Pursuant to Fed. R. Civ. P. 6(b) plaintiff respectfully moves for a 120 day extension of the various dates contained in the Scheduling Order [8] entered by the Court on April 13, 2006. Pursuant to LCvR 7.1(m), counsel conferred with defendants' counsel who consented to the plaintiff's request.

The scheduling order called for discovery to end November 15, with expert reports due August 31 and September 29 for plaintiff and defendants, respectively, and a status conference on November 17, 2006.

The D.C. Superior Court only recently located and unsealed the complete file on the original arrest and prosecution of plaintiff at issue in this case, so identifying the defendant John Doe officers has only begun. In addition, defendants have not yet deposed plaintiff. Thus there is as yet no basis for the expert reports due shortly. Accordingly, the plaintiff asks that fact discovery be extended for 120 days, to March 15, 2007, and that plaintiff's expert report(s), if any, be due 30 days after that, April 16, 2007. Defendant's expert report(s) would be due 30 days after that, or May 16, 2007. A

30-day period for expert discovery would close June 18.  A status conference should be scheduled at the Court's convenience after June 18, 2007.

Wherefore the motion should be granted.

A proposed Order is filed herewith.

Respectfully submitted,

/s/ *Arthur B. Spitzer*
_____
Arthur B. Spitzer
   D.C. Bar No. 235960
Frederick V. Mulhauser
   D.C. Bar No. 455377
American Civil Liberties Union
   of the National Capital Area
1400  20th Street, N.W. #119
Washington, D.C. 20036
(202) 457-0800

Counsel for Plaintiff

August 31, 2006