UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARRY R. STUDENT,

     Plaintiff,

v.

DISTRICT OF COLUMBIA, *et al.*,

     Defendants.

No. 06-cv-0097 (ESH)

**ORDER AMENDING SCHEDULING ORDER**

Upon consideration of the Consent Motion for Extension of Discovery Deadlines, it is hereby ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Scheduling Order in this matter is amended as follows:

1. Fact discovery shall be completed by March 15, 2007.

2. Reports pursuant to Rule 26(a)(2)(B), Fed. R. Civ. P., by plaintiff's retained experts are due by April 16, 2007.

3. Reports pursuant to Rule 26(a)(2)(B), Fed. R. Civ. P., by defendant's retained experts are due by May 16, 2007.

4. Expert discovery shall be completed by June 18, 2007.

5. A status conference shall be held at _____ a.m. on June _____, 2007.

So ORDERED this ____ day of _____, 2006.

_____
ELLEN SEGAL HUVELLE
United States District Judge