UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **BARRY STUDENT**, <br><br> Plaintiff, <br><br> v. <br><br> **OFFICER JOHN DOE**, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) No. 06-ca-0097 (ESH) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Clerk of the Court will please dismiss this action with prejudice by agreement of all parties who have appeared in this action.

/s/ Arthur B. Spitzer
Arthur B. Spitzer (D.C. Bar No. 235960)
Frederick V. Mulhauser (D.C. Bar No. 455377)
American Civil Liberties Union
 of the National Capital Area
1400 20th St., N.W., Suite 119
Washington, DC 20036
202-457-0800

Counsel for Plaintiff

Linda Singer
Attorney General of the District of Columbia

/s/ Ellen A. Efros
Ellen A. Efros (DC. Bar No. 250746)
Assistant Attorney General
441 Fourth St., N.W., Suite 600-S
Washington, DC 20001
202-442-9886

Counsel for Defendants